UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BEEF PRODUCTS, INC., BPI TECHNOLOGY, INC. and FREEZING MACHINES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN BROADCASTING COMPANIES, INC., ABC NEWS, INC., DIANE SAWYER, JIM AVILA, DAVID KERLEY, GERALD ZIRNSTEIN, CARL CUSTER, and KIT FOSHEE,<br><br>Defendants. | CIV. 12-4183<br><br><br><br><br>**MOTION TO DISMISS BY DEFENDANTS ZIRNSTEIN AND CUSTER** |

The above-named Defendants Gerald Zirnstein and Carl Custer, by and through their undersigned counsel of record, hereby move the Court pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) for an order dismissing Plaintiffs' Complaint as against them. In support of said Motion, Zirnstein and Custer have contemporaneously filed a supporting Brief, which is fully incorporated herein, and the Affidavits of Carl Custer, Gerald Zirnstein and Vince M. Roche. Zirnstein and Custer also adopt and incorporate the arguments advanced by the above-named ABC Defendants in support of their own Motions to Dismiss.

WHEREFORE, Gerald Zirnstein and Carl Custer respectfully request that the Court issue an order dismissing Plaintiffs' Complaint with prejudice and granting Zirnstein and Custer such other and further relief as is just and equitable.

Dated at Sioux Falls, South Dakota, this 31st day of October, 2012.

                              DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

                              /s/ Vince M. Roche
                              Edwin E. Evans
                              Vince M. Roche
                              Elizabeth S. Hertz
                              206 West 14th Street
                              PO Box 1030
                              Sioux Falls, SD 57101-1030
                              eevans@dehs.com
                              vroche@dehs.com
                              ehertz@dehs.com

Of Counsel (*pro hac vice* motion filed):

William D. Marler, Esq.
Marler Clark LLP PS
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
bmarler@marlerclark.com

*Attorneys for Defendants Gerald Zirnstein and Carl Custer*

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendants Gerald Zirnstein and Carl Custer, hereby certifies that a true and correct copy of the foregoing "*Motion to Dismiss*" was served upon the following counsel by filing the same with the Court's CM/ECF system:

> Dan K. Webb
> J. Erik Connolly
> Nicole E. Wrigley
> WINSTON & STRAWN, LLP
> 35 W. Wacker Drive
> Chicago, IL  60601
>   dwebb@winston.com
>   econnolly@winston.com
>   nwrigley@winston.com
>
> Daniel L. Hartnett
> Sabrina L. LaFleur Sayler
> CRARY, HUFF, RINGGENBERG,
> HARTNETT & STORM, P.C.
> 711 Sioux Point Road, Suite 200
> Dakota Dunes, SD  57049
>   dhartnett@craryhuff.com
>   ssayler@craryhuff.com
>
> Kevin Baine
> Williams & Connolly, LLP
> 725 Twelfth Street N.W.
> Washington, DC  20005
>   KBaine@wc.com
>
> Scott Heidepriem
> Ron A. Parsons, Jr.
> Shannon Falon
> Johnson, Heidepriem & Abdallah, LLP
> PO Box 2348
> 101 South Main Avenue, Suite 100
> Sioux Falls, SD  57104
>   scott@jhalawfirm.com
>   ron@jhalawfirm.com
>   Shannon@jhalawfirm.com

       Steven W. Sanford
       CADWELL, SANFORD, DEIBERT & GARRY
       P. O. Box 2498
       Sioux Falls, SD  57101
        *ssanford@cadlaw.com*

on this 31st day of October, 2012.

                              /s/ Vince M. Roche
                              Vince M. Roche