UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BEEF PRODUCTS, INC., BPI TECHNOLOGY, INC. and FREEZING MACHINES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN BROADCASTING COMPANIES, INC., ABC NEWS, INC., DIANE SAWYER, JIM AVILA, DAVID KERLEY, GERALD ZIRNSTEIN, CARL CUSTER, and KIT FOSHEE, <br><br> Defendants. | CIV. 12-4183 <br><br><br><br> **AFFIDAVIT OF CARL CUSTER** |

1. I am a resident of Bethesda, Maryland and a former employee of the United States Department of Agriculture, Food Safety Inspection Service ("USDA FSIS"). I participated in one on-camera interview with Jim Avila of ABC News in Washington, D.C. The interview was arranged by ABC News contacting me and requesting the interview. I did not contact ABC News nor ask to be interviewed.

2. I have never contacted any news media in South Dakota for any purpose, including to make statements regarding either finely textured beef or BPI. Likewise, I have not contacted any of BPI's customers and urged them to stop purchasing product from BPI.

3. Before this lawsuit was filed, the only time I had been to South Dakota was as a tourist and the only time I had ever communicated with anyone in South Dakota by telephone was to reserve a hotel room.

4. My statements were not directed towards any South Dakota person or entity but a product called lean, finely textured beef by BPI.

Dated at Sioux Falls, South Dakota, this __24__ day of October, 2012.

_____
Carl Custer

Subscribed and sworn to before me this __24__ day of October, 2012.

_____
Notary Public – South Dakota

My commission expires: __2/25/16__

SARAH L. SCHERR
NOTARY PUBLIC
SOUTH DAKOTA
SEAL

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendants Gerald Zirnstein and Carl Custer, hereby certifies that a true and correct copy of the foregoing "*Affidavit of Carl Custer*" was served upon the following by filing the same with the Clerk of Courts through CM/ECF:

> Dan K. Webb
> J. Erik Connolly
> Nicole E. Wrigley
> WINSTON & STRAWN, LLP
> 35 W. Wacker Drive
> Chicago, IL 60601
>   *dwebb@winston.com*
>   *econnolly@winston.com*
>   *nwrigley@winston.com*
>
> Daniel L. Hartnett
> Sabrina L. LaFleur Sayler
> CRARY, HUFF, RINGGENBERG,
> HARTNETT & STORM, P.C.
> 711 Sioux Point Road, Suite 200
> Dakota Dunes, SD 57049
>   *dhartnett@craryhuff.com*
>   *ssayler@craryhuff.com*
>
> Kevin Baine
> Williams & Connolly, LLP
> 725 Twelfth Street N.W.
> Washington, DC 20005
>   *KBaine@wc.com*
>
> Scott Heidepriem
> Ron A. Parsons, Jr.
> Shannon Falon
> Johnson, Heidepriem & Abdallah, LLP
> PO Box 2348
> 101 South Main Avenue, Suite 100
> Sioux Falls, SD 57104
>   *scott@jhalawfirm.com*
>   *ron@jhalawfirm.com*
>   *Shannon@jhalawfirm.com*

Steven W. Sanford
CADWELL, SANFORD, DEIBERT & GARRY
P. O. Box 2498
Sioux Falls, SD 57101
*ssanford@cadlaw.com*

on this 30th/31st day of October, 2012.

/s/ Vince M. Roche
Vince M. Roche