UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BEEF PRODUCTS, INC., BPI TECHNOLOGY, INC. and FREEZING MACHINES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN BROADCASTING COMPANIES, INC., ABC NEWS, INC., DIANE SAWYER, JIM AVILA, DAVID KERLEY, GERALD ZIRNSTEIN, CARL CUSTER, and KIT FOSHEE, <br><br> Defendants. | Civ. No. 12-4183 <br><br> ORAL ARGUMENT REQUESTED |

## ABC DEFENDANTS' MOTION TO DISMISS
## ALL CLAIMS OF PLAINTIFF BEEF PRODUCTS, INC.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants American Broadcasting Companies, Inc., ABC News, Inc., Diane Sawyer, Jim Avila and David Kerley move to dismiss all claims brought against them by Beef Products, Inc., for failure to state a claim. The grounds for this Motion are set forth in the accompanying memorandum.

Oral argument on this Motion is respectfully requested.

Respectfully submitted,

Kevin T. Baine (*pro hac vice pending*)
Dane H. Butswinkas (*pro hac vice pending*)
Carl R. Metz (*pro hac vice pending*)

        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street NW
        Washington, D.C. 20005
        Tel:  (202) 434-5000
        Fax:  (202) 434-5029
        kbaine@wc.com
        dbutswinkas@wc.com
        cmetz@wc.com


        JOHNSON, HEIDEPRIEM &
          ABDALLAH, LLP


        */s/ Ronald A. Parsons, Jr.*
        Scott N. Heidepriem
        Ronald A. Parsons, Jr.
        Shannon R. Falon
        101 South Main Avenue
        Suite 100
        Sioux Falls, SD 57104
        Tel: (605) 338-4304
        Fax: (605) 338-4162
        scott@jhalawfirm.com
        ron@jhalawfirm.com
        shannon@jhalawfirm.com

        *Attorneys for American Broadcasting*
        *Companies, Inc., ABC News, Inc., Diane*
        *Sawyer, Jim Avila, and David Kerley*

Dated:  October 31, 2012

## CERTIFICATE OF SERVICE

On October 31, 2012, the foregoing ABC DEFENDANTS' MOTION TO DISMISS ALL CLAIMS OF PLAINTIFF BEEF PRODUCTS, INC., was filed electronically.  Copies of the foregoing document will be served on all counsel of record by operation of the Court's CM/ECF filing system.

*/s/ Ronald A. Parsons Jr.*
Ronald A. Parsons, Jr.