IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA, SOUTHERN DIVISION

| | |
|---|---|
| Beef Products, Inc., BPI Technology, Inc. and Freezing Machines, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> American Broadcasting Companies, Inc., ABC News, Inc., Diane Sawyer, Jim Avila, David Kerley, Gerald Zirnstein, Carl Custer and Kit Foshee, <br><br> Defendants. | Civ. No. 12-4183 <br><br><br><br><br><br><br><br> Judge Lawrence L. Piersol |

## DEFENDANT KIT FOSHEE'S MOTION TO DISMISS

Now comes Defendant Kit Foshee, by and through his attorneys, Loevy & Loevy,[1] and Cadwell Sanford Deibert & Garry LLP, and hereby respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing Plaintiffs' Complaint with prejudice on the following grounds:

1. The Complaint fails to state any claims upon which relief may granted. The statements alleged to be defamatory and disparaging do not bear the meanings ascribed to them, are substantially true, or are not assertions of verifiable objective fact.

2. Moreover, the common law product disparagement counts must be dismissed because the South Dakota Agricultural Food Products Act ("AFPDA") preempts any common law claims for product disparagement.

---

[1] Pro hac vice motions of Daniel Twetten and Elizabeth Wang are pending.

3.	Because none of the challenged statements assert or imply that lean finely textured beef ("LFTB") is not safe for public consumption, the Complaint does not state a claim under the AFPDA.

4	Finally, BPI Technology and Freezing Machines, Inc.'s claims must be dismissed for the additional reason that they are not real parties in interest and were fraudulently joined in an attempt to defeat this Court's jurisdiction.

5.	The foregoing are questions of law that may be decided by this Court under Fed. R. Civ. P. 12(b)(6).

6.	In support of this Motion, Defendant Kit Foshee refers this Court to all files and proceedings herein, including the accompanying Memorandum in Support of Defendant Foshee's Motion to Dismiss.

Dated: October 31, 2012

					Respectfully submitted,

					/s/  SW Sanford
					One of Defendant Kit Foshee's Attorneys

Daniel Twetten*				Steven W. Sanford
Elizabeth Wang*				Alex Hagen
LOEVY & LOEVY				CADWELL SANFORD DEIBERT
312 N. May St., Suite 100			& GARRY LLP
Chicago, IL 60607				200 W. 10th St., Suite 200
(312) 243-5900				Sioux Falls, SD 57101
dan@loevy.com				(605) 336-6036
elizabethw@loevy.com			ssanford@cadlaw.com
*Pro hac vice motions pending		ahagen@cadlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel:

Mr. Daniel L. Hartnett
Ms. Sabrina L. LaFleur Sayler
Crary Huff Ringgenberg Hartnett & Storm, P.C.
711 Sioux Point Road, Suite 200
Dakota Dunes, SD  57049
E-mail:  dhartnett@craryhuff.com and ssayler@craryhuff.com
*Attorneys for Plaintiffs*

Mr. Vince M. Roche
Mr. Edwin E. Evans
Ms. Elizabeth S. Hertz
Davenport, Evans, Hurwitz & Smith, LLP
206 West 14th Street, PO Box 1030
Sioux Falls, SD  57101-1030
E-mail:  vroche@dehs.com, eevans@dehs.com and ehertz@dehs.com
*Attorneys for Defendants Gerald Zirnstein and Carl Custer*

Mr. Scott N. Heidepriem
Mr. Ronald A. Parsons, Jr.
Ms. Shannon Falon
Johnson, Heidepriem & Abdallah, LLP
PO Box 2348
101 S. Main Avenue, Suite 100
Sioux Falls, SD  57104
E-mail:  scott@jhalawfirm.com, ron@jhalawfirm.com and shannon@jhalawfirm.com
*Attorneys for Defendants American Broadcasting Companies, Inc., ABC News, Inc., Diane Sawyer, Jim Avila, and David Kerley*

  Dated:  October 31, 2012

        /s/ *SW Sanford*

        One of Defendant Foshee's Attorneys