IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| BEEF PRODUCTS, INC., BPI TECHNOLOGY, INC., and FREEZING MACHINES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>AMERICAN BROADCASTING COMPANIES, INC., ABC NEWS, INC., DIANE SAWYER, JIM AVILA, DAVID KERLEY, GERALD ZIRNSTEIN, CARL CUSTER, and KIT FOSHEE, <br><br>Defendants. | No. 4:12-cv-04183 <br><br>Hon. Karen E. Schreier <br><br>ORAL ARGUMENT REQUESTED |

## **PLAINTIFFS' MOTION TO REMAND**

Pursuant to 28 U.S.C. § 1447(c), Plaintiffs Beef Products, Inc., BPI Technology, Inc. ("BPI Tech"), and Freezing Machines, Inc. ("FMI") (collectively, "Plaintiffs"), by and through their attorneys, respectfully move the Court to remand this action to the Circuit Court of Union County, South Dakota. In support of this motion, Plaintiffs state as follows:

1. On September 13, 2012, Plaintiffs filed this action in the Circuit Court of Union County, South Dakota. Federal diversity jurisdiction does not exist, because there is not complete diversity of citizenship between Plaintiffs and Defendants—Plaintiffs BPI Tech and FMI are Delaware corporations, as are Defendants American Broadcasting Companies, Inc. ("ABC") and ABC News, Inc. ("ABC News").

2. On October 24, 2012, Defendants ABC, ABC News, Diane Sawyer, Jim Avila, and David Kerley removed this action to this Court on the basis of diversity jurisdiction. (Dkt. 1

¶1.) Defendants argue that BPI Tech's and FMI's citizenship should be disregarded for diversity purposes because those Plaintiffs are not "real parties in interest." (*Id.* ¶2.)

3.  As explained in Plaintiffs' Memorandum in Support of Their Motion to Remand, which has been filed contemporaneously herewith, BPI Tech and FMI are, in fact, real parties in interest.  Because there is not complete diversity of citizenship between Plaintiffs and Defendants, this Court lacks subject matter jurisdiction over this action.

Accordingly, Plaintiffs respectfully request that the Court enter an order remanding this action to the Circuit Court of Union County, South Dakota.

Plaintiffs respectfully request oral argument on this Motion to Remand.

Date: November 28, 2012                Respectfully Submitted,

/s/ Daniel L. Hartnett
Daniel L. Hartnett, #3978
Email: dhartnett@craryhuff.com
Sabrina L. LaFleur Sayler, #3483
Email: ssayler@craryhuff.com
CRARY HUFF RINGGENBERG
HARTNETT & STORM, P.C.
711 Sioux Point Road, Suite 200
Dakota Dunes, South Dakota 57049
Tel.: (605) 232-3340
Fax: (605) 232-8931

/s/ Dan K. Webb
Dan K. Webb
Illinois Bar No. 2954087 (*pro hac vice*)
Email: dwebb@winston.com
J. Erik Connolly
Illinois Bar No. 6269558 (*pro hac vice*)
Email: econnolly@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On November 28, 2012, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Copies of the foregoing document will be served on all counsel of record automatically by operation of the Court's CM/ECF filing system.

/s/ Daniel L. Hartnett
Daniel L. Hartnett