IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

FILED
DEC 07 2012

| | |
|---|---|
| BEEF PRODUCTS, INC., <br> BPI TECHNOLOGY, INC., and <br> FREEZING MACHINES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN BROADCASTING COMPANIES, INC., ABC NEWS, INC., DIANE SAWYER, JIM AVILA, DAVID KERLEY, GERALD ZIRNSTEIN, CARL CUSTER, and KIT FOSHEE, <br><br> Defendants. | No. 4:12-cv-04183 <br><br> Hon. Karen E. Schreier |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED VERSIONS OF PROPOSED SUPPLEMENTAL EXHIBITS TO THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION TO REMAND**

Plaintiffs Beef Products, Inc. ("BP"), BPI Technology, Inc. ("BPI Tech"), and Freezing Machines, Inc. ("FMI") (collectively, "Plaintiffs"), by and through their attorneys, respectfully move the Court pursuant to Federal Rule of Civil Procedure 5.2 and D.S.D. Civ. Local Rule 7.1A for leave to file under seal unredacted versions of their proposed supplemental exhibits to their Memorandum in Support of Plaintiffs' Motion to Remand (Dkt. 61). In support of this motion, Plaintiffs state as follows:

1.  Plaintiffs have filed a contemporaneous motion with the Court for leave to supplement the exhibits to their Memorandum in Support of Plaintiffs' Motion to Remand. For the reasons described in that motion, those exhibits include a December 6, 2012 Supplemental Declaration of Richard Jochum (attached hereto as Exhibit B), which attached redacted versions

1

of true and correct copies of various written agreements that relate to certain financial arrangements between Plaintiffs referenced in the Complaint and Plaintiffs' briefing on remand.

2. As set forth in the Supplemental Declaration of Richard Jochum, those written agreements between Plaintiffs contain non-public, proprietary and sensitive information about the businesses of all three Plaintiffs. (Ex. B ¶14.) For example, the agreements reference customer information and private financial details of Plaintiffs' businesses. (*Id.*) This information was redacted from the versions of those agreements that Plaintiffs attached in connection with their contemporaneous motion to this Court for leave to supplement the exhibits to their briefing on remand.

3. Plaintiffs routinely take steps to ensure that this confidential and sensitive information is protected and not disclosed to the public. (Ex. B ¶15.) If such disclosure were to occur, it may harm Plaintiffs. (*Id.*) To take steps to ensure the confidentiality of this information, Plaintiffs move for leave to file unredacted versions of the agreements under seal.

4. This Court may permit documents to be filed under seal when justified. *See Brown Bear v. Cuna Mut. Grp.*, 266 F.R.D. 310, 332 (D.S.D. 2009) (granting motion to file confidential exhibits under seal); *SEC v. Hylland*, No. 07-4058, 2007 WL 20333495, *2 (D.S.D. July 9, 2007) (granting motion to seal documents detailing personal financial information).

5. Plaintiffs have consulted with attorneys for Defendants, and Defendants do not oppose Plaintiffs' request to file unredacted versions of the agreements under seal.

Accordingly, Plaintiffs respectfully request that the Court grant their motion.

Date: December 6, 2012                    Respectfully Submitted,

*[signature]*

Daniel L. Hartnett, #3978
Email: dhartnett@craryhuff.com
Sabrina L. LaFleur Sayler, #3483
Email: ssayler@craryhuff.com
CRARY HUFF RINGGENBERG
HARTNETT & STORM, P.C.
711 Sioux Point Road, Suite 200
Dakota Dunes, South Dakota 57049
Tel.: (605) 232-3340
Fax: (605) 232-8931


Dan K. Webb
Illinois Bar No. 2954087 (*pro hac vice*)
Email: dwebb@winston.com
J. Erik Connolly
Illinois Bar No. 6269558 (*pro hac vice*)
Email: econnolly@winston.com
Nicole E. Wrigley
Illinois Bar No. 6278747 (pro hac vice)
Email: nwrigley@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On December 6, 2012, the foregoing was served via U.S. Mail on the following:

Kevin T. Baine
Dane H. Butswinkas
Carl R. Metz
Williams & Connolly, LLP
725 – 12th Street NW
Washington, DC 20005-5901
**Attorneys for American Broadcasting Companies, Inc.,**
**ABC News, Inc., Diane Sawyer, Jim Avila, and David Kerley**

Scott N. Heidepriem
Ronald A. Parsons, Jr.
Shannon R. Falon
Johnson Heidepriem & Abdallah, LLP
P.O. Box 2348
Sioux Falls, SD 57101
**Attorneys for American Broadcasting Companies, Inc.,**
**ABC News, Inc., Diane Sawyer, Jim Avila, and David Kerley**

William D. Marler
Marler Clark LLP PS
1301 – 2nd Ave., Ste. 2800
Seattle, WA 98101-3808
**Attorneys for Gerald Zirnstein and Carl Custer**

Edwin E. Evans
Vince M. Roche
Elizabeth S. Hertz
Davenport Evans
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101
**Attorneys for Gerald Zirnstein and Carl Custer**

Daniel M. Twetten
Elizabeth C. Wang
Loevy & Loevy
312 North May Street, Ste. 100
Chicago, IL 60607
**Attorneys for Kit Foshee**

Steven W. Sanford
Alex M. Hagan
Cadwell, Sanford, Deibert & Garry LLP
200 E. 10th St., Ste. 200
PO Box 2498
Sioux Falls, SD 57101-2498
**Attorneys for Kit Foshee**

Daniel L. Hartnett